**No. 51323.**—Protest 118034–K of Union Storage & Transfer Co. (Pembina).

Opinion by LAWRENCE, J. An examination of the papers disclosing no reason for disturbing the decision of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE THIRD DIVISION, SEPTEMBER 26, 1946

**No. 51324.**—Protest 124048–K of H. Schoenfeld (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of mushroom flour or powder the same in all material respects as that the subject of *Martel Food Corp.* v. *United States* (15 Cust. Ct. 109, C. D. 954). In accordance therewith the claim at 35 percent under paragraph 775 was sustained.

**No. 51325.**—Protest 47361–K of Morris Friedman (Philadelphia).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.